IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| QUINCY DANELL PUNCH, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:24-CV-1246-RP |
| DOMINIC SELVERA, | § § § | |
| Defendant. | § | |

### ORDER

Before the Court is the report and recommendation from United States Magistrate Judge Dustin Howell concerning Plaintiff Quincy Danell Punch's ("Plaintiff") Complaint pursuant to 28 U.S.C. § 1915(e), (Dkt. 1). (R. & R., Dkt. 5). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Howell issued his report and recommendation on March 4, 2025. (*Id.*). A copy of the report and recommendation was sent by certified mail the following day, (Dkt. 6), and it appears that Plaintiff received the report and recommendation on March 11, 2025, (Dkt. 7). As of the date of this order, Plaintiff has not filed objections to the report and recommendation.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the district court. When no objections are timely filed, a district court can review the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Because Plaintiff has not filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 5), is **ADOPTED**. Plaintiff's Complaint, (Dkt. 1), is **DISMISSED WITH PREJUDICE**. The Court will enter final judgment by separate order.

**IT IS FINALLY ORDERED** that the Clerk's Office mail a copy of this Order to Plaintiff via certified mail.

**SIGNED** on April 7, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE